**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 100 EM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PERCY LEE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 19th day of January, 2018, Petitioner Percy Lee's Application for Exercise of Extraordinary Relief is hereby DENIED.

    Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.